

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00024-CV

Maria Zamarripa, as Temporary Guardian of the Estates of R. F. R. and R. J. R.,
minors, and Olga Flores, as Temporary Administrator of the Estate of Yolanda Iris
Flores
v.
Bay Area Health Care Group, Ltd. d/b/a Corpus Christi Medical Center, Hidalgo County
EMS, and Hidalgo County Emergency Medical Service Foundation

On appeal from the
445th District Court of Cameron County, Texas
Trial Cause No. 2014-DCL-00910-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes that the judgment of the trial court should be affirmed.  The Court

orders the judgment of the trial court AFFIRMED.  Costs of the appeal are adjudged

against appellant.

We further order this decision certified below for observance.

November 22, 2016.